**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 214 MAL 2019

               Respondent      :

                              :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

              v.                :

                                :

ANDREW GRAHAM CAIRNS,      :

                              :

               Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.